## DANIEL S. CLARK v. ELEAZER D. HARTWELL.

Where a party notified by his adversary to attend at a certain hour at a commissioner's office, for the purpose of taking the deposition of a witness, attends at the appointed hour, waits for half an hour without the commissioner's appearing, and leaves, and, after his departure, the commissioner arrives, and proceeds to take the deposition, it will be inadmissible on the trial.

APPEAL from the Parish Court of New Orleans, *Maurian*, J.

*Durant*, for the plaintiff.

*W. S. Upton*, for the appellant.

MARTIN, J. The plaintiff claimed the price which the defendant had agreed to pay for the construction of a tomb. The demand was resisted on an allegation that the work had been inartificially and unskilfully executed; and the defendant is appellant from a judgment thereon.

Our attention is arrested by a bill of exceptions to the opinion of the judge sustaining the opposition of the plaintiff to the reading of a deposition, on the ground that it was taken in his counsel's absence. It appears to us, that the court did not err. The plaintiff had been notified to attend at half-past nine o'clock, when his counsel came and staid half an hour, and left the commissioner's office, said commissioner not being present, the deposition being in fact taken after half-past nine o'clock. On the merits, the defendant did not make out his allegations, except as to unimportant parts of the work, and in a very trifling degree, on which the judge made an allowance of twenty dollars. A close examination of the record has not produced any conviction that we ought to interfere with the judgment.

*Judgment affirmed.*